1

2

3

4

5                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
6                             AT SEATTLE

7    SANG KYUN YOO; and CHANG
     RYUL YOO,
8
                            Plaintiffs,
9                                                      C20-1127 TSZ
10          v.
                                                      MINUTE ORDER
11   KENNETH T. CUCCINELLI, et al.,

12                          Defendants.

13          The following Minute Order is made by direction of the Court, the Honorable
     Thomas S. Zilly, United States District Judge:
14
            (1)     Pursuant to the parties' stipulation, docket no. 9, the deadline for
15   defendants to file a responsive pleading or motion, with respect to all of plaintiffs'
     claims, is EXTENDED to September 25, 2020.
16
            (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
17   record.

18          Dated this 25th day of August, 2020.

19                                                William M. McCool
                                                  Clerk
20
                                                  s/Karen Dews
21                                                Deputy Clerk

22

23

MINUTE ORDER - 1