UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANG KYUN YOO; and
CHANG RYUL YOO,

    Plaintiffs,

v.

TRACY RENAUD,[1] et al.,

    Defendants.

C20-1127 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 17, the Court DIRECTS the parties to file another Joint Status Report on or before June 1, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2021.

    William M. McCool
    Clerk

    s/Gail Glass
    Deputy Clerk

---

[1] Tracy Renaud, the Acting Director of U.S. Citizenship and Immigration Services ("USCIS"), is SUBSTITUTED for Kenneth T. Cuccinelli, formerly the Senior Official Performing the Duties of the Director of USCIS. *See* Fed. R. Civ. P. 25(d). In addition, Alejandro Mayorkas, Secretary of the U.S. Department of Homeland Security ("DHS"), is SUBSTITUTED for Chad F. Wolf, former Acting Secretary of DHS, and Anthony J. Blinken, Secretary of State, is SUBSTITUTED for Michael R. Pompeo, former Secretary of State.

MINUTE ORDER - 1