UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANG KYUN YOO and
CHANG RYUL YOO,

        Plaintiffs,

v.

UR MENDOZA JADDOU, Director of U.S. Citizenship and Immigration Services[1]; ALEJANDRO MAYORKAS, Secretary of the U.S. Department of Homeland Security[2]; CONN SCHRADER, Director of the National Visa Center; ANTONY J. BLINKEN, U.S. Secretary of State[3]; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and UNITED STATES DEPARTMENT OF STATE,

        Defendant.

C20-1127 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 23, the Court DIRECTS the parties to file another Joint Status Report on or before January 28, 2022.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Director Jaddou is SUBSTITUTED for Kenneth T. Cuccinelli, formerly the senior official performing the duties of the Director of USCIS.

[2] Secretary Mayorkas is SUBSTITUTED for Chad F. Wolf, formerly Acting Secretary of DHS.

[3] Secretary Blinken is SUBSTITUTED for Michael R. Pompeo, formerly U.S. Secretary of State.

MINUTE ORDER - 1

Such Joint Status Report shall either (i) indicate that this matter has been resolved and may be dismissed, or (ii) propose a trial date and a briefing schedule for dispositive motions. No further extensions of the Joint Status Report deadline will be granted absent a showing of good cause.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of November, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2