UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANG KYUN YOO and
CHANG RYUL YOO,

        Plaintiffs,

v.

UR MENDOZA JADDOU, et al.,

        Defendants.

C20-1127 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the parties' Joint Status Report, docket no. 25, the Court SETS the following deadlines:

    (a)    Any dispositive motion brought by plaintiffs shall be filed on or before May 27, 2022, and noted for July 29, 2022;

    (b)    Any cross-motion brought by defendants shall be consolidated with defendants' response to plaintiffs' dispositive motion, shall be filed on or before June 24, 2022, and shall be noted for July 29, 2022;

    (c)    Any response to defendants' cross-motion shall be consolidated with any reply in support of plaintiffs' dispositive motion and shall be filed on or before July 15, 2022; and

    (d)    Any reply in support of defendants' cross-motion shall be filed by July 29, 2022.

MINUTE ORDER - 1

(2)   The deadlines set forth herein are firm and can be changed only by order of the Court.  The Court will alter this case schedule only upon good cause shown.  If this matter resolves via further action by the United States Citizenship and Immigration Service or otherwise, counsel shall immediately notify the Court by calling chambers at (206) 370-8830.  <u>See</u> Local Civil Rule 11(b).

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of January, 2022.

Ravi Subramanian<br>
Clerk<br><br>
s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER - 2